IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| MARTHA W. WILSON, ) | CIVIL NO. 13-00223 HG-RLP |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| FRESENIUS MEDICAL CARE ) | |
| OAHU, LLC; STANLEY ) | |
| TURQUEZA; DOE PERSONS 1-10; ) | |
| DOE PARTNERSHIPS 1-10; ) | |
| DOE CORPORATIONS 1-10; ) | |
| DOE "NON-PROFIT" ) | |
| CORPORATIONS 1-10; ) | |
| DOE GOVERNMENTAL ) | |
| ENTITIES 1-10, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

ORDER ADOPTING MAGISTRATE JUDGE'S
FINDINGS AND RECOMMENDATION (ECF No. 34)

Findings and Recommendation having been filed and served on all parties

on September 23, 2013, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28,

United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the "Findings and

Recommendation to Grant Defendant Stanley Turqueza's Motion for

Determination of Good Faith Settlement" (ECF No. 34) are adopted as the

opinion and order of this Court.

IT IS SO ORDERED.

Dated: October 23, 2013, Honolulu, Hawaii.



/S/ Helen Gillmor

Helen Gillmor
United States District Judge